IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 100.4.194.125

1:19-cv-951 (NAM/ML)

**ISP:** Verizon Internet Service
**Physical Location:** Schenectady, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/10/2019 01:32:07 | 0389E8303B29429339E71A7BF109BC43BF208303 | Fifty Shades of Kate |
| 05/08/2019 01:27:03 | 483C0F08D39959A37DD3F4370563C9DAD44B8C11 | Cindy Sauna Sex |
| 01/18/2019 03:55:31 | B201D16049FF6E6B30BE7D125696E176970D3C1F | SEX after WORK |
| 01/12/2019 16:36:03 | DBADB5297A88111AD4820864B7EF1F21AA822354 | One Romantic Evening of Hot Sex |
| 01/11/2019 05:11:06 | BB8A65BBAE1F6002EEF27D32B1F06F71816E3F4B | In Love or Lust |
| 12/22/2018 05:57:04 | 2A3640EDC219B2A6B0EDCAAEBDF511B050423CB5 | Three is NOT a Crowd |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

NNY59